UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
RUBEN CHINEA,

                                                Plaintiff,

    -v.-                                                               9:05-CV-0587
                                                                               (DNH)(GHL)

GLENN S. COORD, Commissioner of DOCS, *et al.*,

                                                Defendant.
-----------------------------------------------------------------------

**APPEARANCES:**                           **OF COUNSEL:**

WOLF, WOLF LAW FIRM                        EDWARD H. WOLF, ESQ.
910 Grand Concourse
Suite 1F
Bronx, NY 10451

GEORGE H. LOWE, U.S. MAGISTRATE JUDGE

### ORDER

     Presently before the Court is a Complaint filed on behalf of Ruben Chinea ("plaintiff" or "Chinea"). Chinea has paid the filing fee required for this action.

     In his Complaint Chinea alleges denial of due process and deliberate indifference to his medical needs. For a more complete statement of Plaintiff's claims, reference is made to the entire Complaint.

     WHEREFORE, it is hereby

     ORDERED, that the Clerk shall issue Summonses and forward them, along with a copy of the Complaint and General Order 25, to Plaintiff's counsel for service of same on the defendants in accordance with the Federal Rules of Civil Procedure, and the Clerk shall forward a copy of this Order and the Complaint to the Office of the New York State Attorney General by

regular mail, and it is further

ORDERED, that the parties shall comply with General Order 25, which sets forth the Civil Case Management Plan used by the Northern District of New York, and it is further

ORDERED, that a formal response to Plaintiff's complaint be filed by the Defendants or their counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on the Defendants, and it is further

ORDERED, that any paper sent by a party to the Court or the Clerk shall be accompanied by a certificate setting forth the date a true and correct copy of same was mailed to all opposing parties or their counsel. Any letter or other document received by the Clerk or the Court which does not include a certificate of service which clearly states that an identical copy of same was served upon all opposing parties or their attorneys is to be returned, without processing, by the Clerk. All motions shall comply with the Local Rules of Practice of the Northern District, and it is further

ORDERED, that the Clerk serve a copy of this Order on Plaintiff's counsel in accordance with the Local Rules.

IT IS SO ORDERED.
May 17, 2005

George H. Lowe
United States Magistrate Judge